FILED

UNITED STATES DISTRICT COURT

2007 FEB 15 P 2: 15

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:01CR284 (DJS) |
| LORENZO MARTINEZ | : |

TRANSFER ORDER

In the interest of justice, the above captioned case is hereby transferred to the Honorable **Christopher F. Droney**, United States District Judge. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford, Connecticut and bear the docket number 3:01CR284 **CFD**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

It is so **ORDERED**.

Dated at Hartford, Connecticut this 15th day of January 2007.

/s/ DJS
Dominic J. Squatrito
U.S. District Judge